NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

PHILIP D. DAPEER    53378
a law corporation
699 Hampshire Road, Suite 105
Westlake Village, CA 91361
tel 323-954-9144
fax 323-954-0457

ATTORNEYS FOR: Plaintiff



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG LIKHAREV,<br><br>   Plaintiff(s),<br>v.<br><br>TAMARA LIKHAREV and A. G. EDWARDS, a division of WACHOVIA SECURITIES, LLC.<br><br>   Defendant(s) | CASE NUMBER<br><br>CV 08-1581<br>~~CV-01581~~ PA (FFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PLAINTIFF
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

OLEG LIKHAREV                          PLAINTIFF who claims the funds on deposit

TAMARA LIKHAREV                        DEFENDANT who asserts an adverse interest to the
                                       funds on deposit with the entity defendant

Plaintiff seeks no affirmative relief as against the entitiy
defendant

3/7/08
Date                                   Sign

                                       Plaintiff   the courtesy copy has been signed by counsel for plaintiff
                                       Attorney of record for or party appearing in pro per

---

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)